Entered on Docket
January 31, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 31, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No. 10-71694 EDJ

**KENNETH CALVIN MCBEE**,  Chapter 13
                Debtor.

**ORDER VALUING LIEN OF JP MORGAN CHASE, NA**

_____/

    On January 4, 2011, Kenneth McBee (hereinafter Debtor) served a motion to value the lien of JP Morgan Chase Bank, NA ("Chase") (hereinafter Lienholder) against the property commonly known as 45 Baldwin Avenue, Crockett, CA 94525, which lien was recorded in Contra Costa County on or about December 27, 2007 as document 034733200 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
 1                          COURT SERVICE LIST

 2   Law Offices of Patrick L. Forte
     One Kaiser Plaza, Suite 480
 3   Oakland, CA 94612

 4
     Kenneth McBee
 5   45 Baldwin Avenue
     Crockett, CA 94525
 6
     Attn: Officer
 7   JP Morgan Chase Bank
     1111 Polaris Pkwy
 8   Columbus, Ohio 43240

 9   Attn: Officer
     JP Morgan Chase Bank
10   c/o CT Corporation Service
     818 West Seventh Street
11   Los Angeles, CA 90017

12   Attn: Officer
     Wells Fargo Bank, NA
13   101 N. Phillips Ave.
     Sioux Falls, South Dakota 57104
14
     Wachovia Bank, NA
15   c/o Pite Duncan LLP
     Attn: Erin L. Laney
16   4375 Jutland Drive, Ste. 200
     P.O. Box 17933
17   San Diego, CA 92177-0933

18   Ascension Capital Group, Inc.
     Attn: JP Morgan Chase Bank, NA Department
19   Account: xxxxxxxxxxxx4775
     P.O. Box 201347
20   Arlington, TX 76006

21   Attn: Officer
     Wachovia Mortgage Corp.
22   301 S. College Street
     Charlotte, NC 28288
23
     Attn: Officer
24   Wachovia Mortgage Corp.
     c/o CSC Lawyers Incorporating Service
25   2730 Gateway Oaks Dr. Ste. 100
     Sacramento, CA 95833
26
```

| 1 | Union Bank, NA |
| 2 | C/o Byron B. Mauss, Esq. |
|   | Assayag Mauss |
| 3 | 2915 Redhill Avenue, Suite 200 |
|   | Costa Mesa, CA 92626 |

Union Bank, NA
C/o Byron B. Mauss, Esq.
Assayag Mauss
2915 Redhill Avenue, Suite 200
Costa Mesa, CA 92626