The following constitutes
the order of the court. Signed February 3, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                               Case No. 10-71694 MEH
                                                    Chapter 13
KENNETH CALVIN McBEE,

                              Debtors./

    ORDER AUTHORIZING ENTRY INTO LOAN MODIFICATION AGREEMENT

    Upon consideration of debtor's ex-parte motion to allow loan modification, and the trustee's statement of non-opposition, the court hereby authorizes the debtor to discuss and enter into a loan modification with creditor, Wells Fargo Home Mortgage, provided however, that this order shall not be construed as approving any of the terms of said loan modification.

                          **END OF ORDER**

ORDER AUTHORIZING LOAN MODIFICATION

COURT SERVICE LIST

ECF Participants

ORDER AUTHORIZING LOAN MODIFICATION    2