Michael R. Gonzales, SBN 261302
Buckley Madole, P.C.
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
Michael.Gonzales@BuckleyMadole.com

Attorney for Movant

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Kenneth Calvin McBee<br><br>                          Debtor, | Case No. 10-71694<br><br>Chapter 13<br><br>RS No. MRG-216<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br><br>Date: January 9, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>       1300 Clay Street<br>       Oakland, CA 94612 |

**TO THE HONORABLE CHARLES NOVACK, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

    Harley-Davidson Credit Corp ("Movant") hereby moves this Court for an Order granting relief from the automatic stay under 11 U.S.C. §362 as to the Debtor and Debtor's bankruptcy estate in the above-captioned matter so that Movant may enforce its remedies to obtain possession of the property in accordance with applicable non-bankruptcy law on the personal property commonly described as 2005 HARLEY-DAVIDSON FLTRI ROAD GLIDE, vehicle identification number: 1HD1FSW375Y634574 (the "Property").

Movant hereby moves this Court for an Order granting relief from the automatic stay, including the Co-Debtor Stay of 11 U.S.C. § 1301, on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest is not adequately protected as Debtor has failed to make post-petition payments:** The evidence establishes that Debtor has failed to make post-petition payments to Movant and the loan has matured. Therefore, Movant's interest in the Property is not adequately protected.

2. **Pursuant to 11 U.S.C. § 1301, Codebtor stay:** Robert F. Colbert is a Codebtor because he is liable under the Agreement.

Movant submits the attached Declaration and Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order Granting Relief from the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property.

2. The Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived.

4. Any further relief as the Court deems just and proper.

Dated: December 8, 2014          Respectfully Submitted,

Buckley Madole, P.C.

By: */s/ Michael R. Gonzales*
MICHAEL R. GONZALES
Attorney for Movant