Mark D. Estle, SBN 135004
Michael R. Gonzales, SBN 261302
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Harley-Davidson Credit Corp.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Kenneth Calvin McBee,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 10-71694<br><br>Chapter 13<br><br>R.S. No. MDE-1603<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>Hearing</u>:<br>Date: December 4, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 215<br>       1300 Clay Street<br>       Oakland, CA 94612 |

**TO THE HONORABLE CHARLES DANIEL NOVACK, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

    Harley-Davidson Credit Corp ("Movant") hereby moves this Court for an Order granting relief from the automatic stay under 11 U.S.C. § 1301 as to the Co-Debtor Robert F. Colbert in the above-captioned matter so that Movant may enforce its remedies against the property in accordance with applicable non-bankruptcy law on the personal property commonly described as 2005 HARLEY-DAVIDSON FLTRI ROAD GLIDE, vehicle identification number: 1HD1FSW375Y634574 (the "Property").

///

Movant hereby moves this Court for an Order granting relief from the automatic stay as to the co-debtor stay of 11 U.S.C. § 1301, on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest is not adequately protected as Debtor has failed to make post-petition payments:** The evidence establishes that Debtor has failed to make post-petition payments to Movant. Therefore, Movant's interest in the Property is not adequately protected.

2. **Pursuant to 11 U.S.C. § 1301, request for relief from co-debtor stay:** Robert F. Colbert is a co-debtor because he/she is one of the owners of record and is liable under the Agreement.

Movant submits the attached Declaration and Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order Granting Relief from the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies against the Property.

2. The co-debtor stay of 11 U.S.C. § 1301 be terminated, modified or annulled as to the co-debtor, Robert F. Colbert, on the same terms and conditions as to the Debtor.

3. The Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

4. The 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

5. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

6. Any further relief as the Court deems just and proper.

Dated: 11/12/2015

                                                        Respectfully Submitted,
                                                        Buckley Madole, P.C.

                                                      By:    */s/ Mark D. Estle*
                                                                   Mark D. Estle
                                                                   Attorney for Movant